WILLIAM N. HAMILTON v. LOUIS SCHOR, *ET AL.*

September 24, 1970. Petition for Certification denied.

CARL E. RING, v. MAYOR AND COUNCIL OF THE BOROUGH
OF RUTHERFORD, *ET AL.*

September 24, 1970. Petition for Certification denied.
(See 110 *N. J. Super.* 441).

STATE OF NEW JERSEY v. PHILIP F. NUCCETELLI

September 24, 1970. Petition for Certification denied.

STATE OF NEW JERSEY v. JOSEPH WILSON

September 24, 1970. Petition for Certification denied.

STATE OF NEW JERSEY v.
BENJAMIN FRANKLYN WASHINGTON

September 24, 1970. Petition for Certification denied.

STEPHEN YUHAS, JR. v. TRENTON TIMES CORP.

September 24, 1970. Petition for Certification denied.